IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Hansen,               )| No. CV-09-1701-PHX-FJM |
| )| |
| Plaintiff,           )| **ORDER** |
| )| |
| v.                          )| |
| )| |
| )| |
| Vision Credit Solutions, LLC., )| |
| )| |
| Defendants.         )| |
| )| |

Pursuant to this court's order of January 14, 2010, IT IS ORDERED dismissing this action without prejudice under Rule 41(b), Fed. R. Civ. P.

DATED this 4th day of February, 2010.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge